UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-mj-02276-JG

UNITED STATES OF AMERICA,

v.

DANIEL JOHN PYE,

    **Defendant.**
_____/

## ORDER TO STAY

THIS MATTER is before the Court on the United States' Motion for Revocation of Magistrate Judge's Order of Bond (DE:7). The Court having considered the Motion and being duly advised in the premises, it is ORDERED AND ADJUDGED that the Magistrate Judge's order of bond in Western District of Arkansas case number 4:17-mj-04002-BAB is hereby stayed pending an ultimate determination of the Government's Motion on the merits. It is

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Title 18, United States Code, Section 3145, this matter is properly before the United States District Court for the Southern District of Florida as the Court of Original Jurisdiction over the charged offense.

2. The Order of Bond issued by the Magistrate Judge for the Western District of Arkansas is hereby stayed pending a final determination in this matter.

3. The Defendant shall remain in the custody of the Federal Bureau of Prisons until such time as this Court can be fully advised on the merits of the United States' Motion for Revocation.

4. The United States Marshal's Service is directed to transport the Defendant, Daniel John Pye, to the Southern District of Florida so that he may make initial appearance

and receive the appointment of counsel in this district.

**DONE AND ORDERED** in chambers in Miami, Florida, this 2 day of March, 2017.

*[signature]*
HONORABLE URSULA UNGARO
UNITED STATES DISTRICT JUDGE